UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE THOMPSONS FILM, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DOES 1 – 194, <br><br> Defendants. | Case No.: 2:13-cv-00560 <br><br><br> PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS |

Pursuant to Local Rule W.D. Wash. LCR 3(g), Plaintiff The Thompsons Film, LLC hereby notifies the Court of the following pending actions:

1) *The Thompsons Film, LLC v. Does 1-155,* Case No. 6:13-cv-00469, pending before the United States District Court for the District of Oregon, Eugene Division;

2) *The Thompsons Film, LLC v. Does 1-35,* Case No. 2:13-cv-00126-LRS, pending before the United States District Court for the Eastern District of Washington;

3) *The Thompsons Film, LLC v. Does 1-43,* Case No. 2:13-cv-00260-EAS-MRA, pending before the United States District Court for the Southern District of Ohio; and

4) *The Thompsons Film, LLC v. Does 1-44,* Case No. 1:13-cv-00595-DCN, pending before the United States District Court for the Northern District of Ohio.

PLAINTIFF'S NOTICE OF PENDENCY – Page 1
OF OTHER ACTIONS (2:13-cv-00560)

The VanderMay Law Firm
2085 Commercial Street NE
Salem, Oregon 97301
(503) 588-8053

1  Like the present case, these actions seek recovery for copyright infringement by various
2  Doe Defendants for their use of BitTorrent to illegally copy and distribute Plaintiff's motion
3  picture *The Thompsons*.  These actions are asserted by the same Plaintiff against different groups
4  of Defendants.   Because the claims asserted in these actions are identical or substantially
5  identical, coordination between the actions might avoid conflicts, conserve resources and
6  promote an efficient determination of this action.  Transfer should not be effected pursuant to 28
7  U.S.C. § 1407 (Multi-district Litigation Procedures) because such a transfer would neither be
8  convenient for the parties and witnesses nor would it promote the just and efficient conduct of
9  these actions.
10 DATED: March 28, 2013

11                                                          Respectfully submitted,

12                                                          The VanderMay Law Firm

13                                                          /s/ Maureen C. VanderMay
                                                            Maureen C. VanderMay, WSBA No. 16742
14                                                          email:  court@vandermaylawfirm.com
                                                            The VanderMay Law Firm
15                                                          2085 Commercial Street NE
                                                            Salem, OR 97301
16                                                          (503) 588-8053
                                                            Of Attorneys for Plaintiff

                                                            The VanderMay Law Firm
                                                            2085 Commercial Street NE
28 PLAINTIFF'S NOTICE OF PENDENCY  – Page 2                 Salem, Oregon 97301
   OF OTHER ACTIONS  (2:13-cv-00560)                        (503) 588-8053