UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE THOMPSONS FILM, LLC, | Case No.: 2:13-cv-00560 |
| Plaintiff, | |
| v. | PLAINTIFF'S RULE 7.1 DISCLOSURE |
| DOES 1 – 194, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule W.D. Wash. LCR 7.1, Plaintiff The Thompsons Film, LLC states that it has no parent corporation nor any publicly held corporation owning more than 10% of its stock. Plaintiff is a 100% privately held LLC. Its owners are as follows: Eben Kostbar, Travis Stevens, and Joseph McKelheer.

DATED: March 28, 2013

Respectfully submitted,

The VanderMay Law Firm

/s/ Maureen C. VanderMay
Maureen C. VanderMay, WSBA No. 16742
email: court@vandermaylawfirm.com
The VanderMay Law Firm
2085 Commercial Street NE
Salem, OR 97301

PLAINTIFF'S RULE 7.1 – Page 1
DISCLOSURE (2:13-cv-00560)

The VanderMay Law Firm
2085 Commercial Street NE
Salem, Oregon 97301
(503) 588-8053

1  
2  
(503) 588-8053  
Of Attorneys for Plaintiff

3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

PLAINTIFF'S RULE 7.1 – Page 2  
DISCLOSURE (2:13-cv-00560)

The VanderMay Law Firm  
2085 Commercial Street NE  
Salem, Oregon 97301  
(503) 588-8053