Hon. Robert S. Lasnick

# UNITED STATE DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE THOMPSONS FILM, LLC,<br><br>Plaintiff,<br>v.<br><br>DOES 1-194<br>Defendant. | NO. 2:13-CV-00560-RSL<br><br>NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT JOHN DOE 45<br><br>CLERK ACTION REQUESTED |

TO:  CLERK OF COURT

AND:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE THAT Michael P. Matesky, II, and Matesky Law PLLC, 1001 4th Ave., Suite 3200, Seattle, WA, 98154, hereby appear in this action as counsel for Defendant John Doe 45,[1] without waiving the right to challenge, *inter alia*, jurisdiction, venue, sufficiency

---

[1] Plaintiff does not identify "John Doe 45" with specificity.  For purposes of this Notice of Appearance, "John Doe 45" refers to the named subscriber on the internet service account associated with IP Address 50.135.179.149.

Notice of Appearance (2:13-CV-00560-RSL)- 1

Matesky Law PLLC
1001 4th Ave., Suite 3200
Seattle, WA 98154
Ph: 206.701.0331   Fax: 206.701.0332
© 2013 Matesky Law

of process, or sufficiency of service of process.  Please add Michael P. Matesky, II, and Matesky Law PLLC to the CM/ECF email notification list under the following e-mail addresses:

mike@mateskylaw.com and litigation@mateskylaw.com.

Dated this 17th day of May, 2013

/s/ Michael P. Matesky, II
Michael P. Matesky, II (WSBA # 39586)
Matesky Law PLLC
1001 4th Ave., Suite 3200
Seattle, WA 98154
Ph: 206.701.0331
Fax: 206.701.0332
Email: mike@mateskylaw.com;
litigation@mateskylaw.com

Attorney for Defendant John Doe 45

Notice of Appearance (2:13-CV-00560-RSL)- 2

Matesky Law PLLC
1001 4th Ave., Suite 3200
Seattle, WA 98154
Ph: 206.701.0331   Fax: 206.701.0332
© 2013 Matesky Law

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system on the date stated below, which will cause the foregoing to be electronically served on all parties of record.

Dated this <u>17th</u> day of <u>May</u>, 2013        <u>/s/ Michael P. Matesky, II    </u>
                                                   Michael P. Matesky, II

Notice of Appearance (2:13-CV-00560-RSL)- 3

Matesky Law PLLC
1001 4th Ave., Suite 3200
Seattle, WA 98154
Ph: 206.701.0331   Fax: 206.701.0332
© 2013 Matesky Law