5/18/13

FILED
LODGED
RECEIVED

MAIL

MAY 20 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Dear Clerk,
 Please have this Comcast letter filed with Court and mark the copy showing proof of filing so I can send the copy and my letter to Comcast before June 7, 2013

 Comcast file # 467458
 U.S. Distric Court Docket # 2:13-cv 00560

I am enclosing a self addressed envelope a Comcast letter plus a copy and my note to Comcast

thank you
Shirley Fastrup
407 TACOMA BLVD
Algona WA 98001
253 951 6660



13-CV-00560-APPL



NE&TO
650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax

May 8, 2013

**Personal and Confidential**

**Via UPS & USPS Delivery**

SHIRLEY & WAYNE FASTRUP
407 TACOMA BLVD
ALGONA, WA 98001-8506

    Re:    *The Thompsons Film, LLC v. Does 1-194*
            United States District Court for the Western District of Washington
            Docket No.: 2:13-cv-00560
            Order Entered: April 1, 2013
            Comcast File #: 467458

Dear Shirley & Wayne Fastrup:

    The Thompsons Film, LLC has filed a federal lawsuit in the United States District Court for the Western District of Washington. You have been identified in our records via your assigned Internet Protocol ("IP") address, which is unique to each internet user, in this lawsuit for allegedly infringing The Thompsons Film, LLC's copyrights on the Internet by uploading or downloading content without permission. This was allegedly done using a device assigned the IP address 50.135.160.57 on 01/27/2013 11:37:21 PM GMT. The court has ordered Comcast to supply your name, address and other information to The Thompsons Film, LLC in the attached Order and accompanying Subpoena. The case has been assigned Docket Number 2:13-cv-00560 by the court. If you have any questions about the lawsuit, you should consult an attorney immediately. **Comcast cannot and will not provide any legal advice.**

    Comcast will provide your name, address, and other information as directed in the Order and Subpoena unless you or your attorney file a protective motion to quash or vacate the Subpoena in the court where the subpoena was issued **no later than June 7, 2013**. If you make this filing, you must notify Comcast in writing with a copy and proof of filing by sending it via fax to (866) 947-5587 **no later than June 7, 2013**. Please note that Comcast cannot accept or file any legal action on your behalf. If you do not file a motion to quash or vacate the Subpoena by this date, or if you fail to notify Comcast of your filing by this date, Comcast will provide your name, address and other information as directed in the Order to the Plaintiff.

    If you have legal questions about this matter, please contact an attorney.

                                  Sincerely yours,

                                  Comcast Legal Response Center

Attachments:    Copy of Subpoena and accompanying Court Order regarding civil action

Notice #2
5/15/13

Comcast
File # 467458
Motion to vacate
Thompson Film Sobpoena
Docket # 2:13-cv-00560
Comcast File # 467458

To whom it may concern

Wayne and or Shirley Fastrup did not download or upload any movie on said date (1-27-13 @ 11:37 pm) or any other time.

We are both very early risers, therefore we are both in bed by 8:30–9:00 pm Sunday through Fri and we are on the road to our jobs by 3:45 – 4:00 monday thru friday and sometimes Saturday.

Wayne R Fastrup
Shirley Fastrup



NE&TO
650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax

May 8, 2013

*Personal and Confidential*

*Via UPS & USPS Delivery*

SHIRLEY & WAYNE FASTRUP
407 TACOMA BLVD
ALGONA, WA 98001-8506

    Re:   *The Thompsons Film, LLC v. Does 1-194*
           United States District Court for the Western District of Washington
           Docket No.: 2:13-cv-00560
           Order Entered: April 1, 2013
           Comcast File #: 467458

Dear Shirley & Wayne Fastrup:

    The Thompsons Film, LLC has filed a federal lawsuit in the United States District Court for the Western District of Washington. You have been identified in our records via your assigned Internet Protocol ("IP") address, which is unique to each internet user, in this lawsuit for allegedly infringing The Thompsons Film, LLC's copyrights on the Internet by uploading or downloading content without permission. This was allegedly done using a device assigned the IP address 50.135.160.57 on 01/27/2013 11:37:21 PM GMT. The court has ordered Comcast to supply your name, address and other information to The Thompsons Film, LLC in the attached Order and accompanying Subpoena. The case has been assigned Docket Number 2:13-cv-00560 by the court. If you have any questions about the lawsuit, you should consult an attorney immediately. **Comcast cannot and will not provide any legal advice**.

    Comcast will provide your name, address, and other information as directed in the Order and Subpoena unless you or your attorney file a protective motion to quash or vacate the Subpoena in the court where the subpoena was issued **no later than June 7, 2013**. If you make this filing, you must notify Comcast in writing with a copy and proof of filing by sending it via fax to (866) 947-5587 **no later than June 7, 2013**. Please note that Comcast cannot accept or file any legal action on your behalf. If you do not file a motion to quash or vacate the Subpoena by this date, or if you fail to notify Comcast of your filing by this date, Comcast will provide your name, address and other information as directed in the Order to the Plaintiff.

    If you have legal questions about this matter, please contact an attorney.

                                Sincerely yours,

                                Comcast Legal Response Center

Attachments:    Copy of Subpoena and accompanying Court Order regarding civil action