

```
_____ FILED
_____ LODGED      MAIL
_____ RECEIVED
```

To whom it may concern, REF: 2:13-cv-560-RSL

MAY 22 2013

    I received notice that activity records were being subpoenaed and immediately contacted the law firm in question (The Vandermay Law Firm) they advised me that they were going to send information about what the reasoning for the subpoena was. I still have not received any contact or information from them about this matter.

    I have never received any sort of notice, cease and desist or notification that anything was happening on my network. I had a guest network which I have since turned off and changed the password to my router.

    After seeing the delay in response from The Vandermay Law firm I did some research on the notification and saw that the subpoena has to do with a movie which I have never heard of nor have seen and especially not downloaded. I have a subscription to Netflix as well as a few other movie services that allow streaming so I have no need of downloading movies. Also I am a full time student and a full time employee, I am not home the majority of the time. The time in reference to the subpoena I was at my girlfriend's house using her internet to do my homework since the century link connection at my house was unusable.

    I request that you deny The Vanderman Law Firms subpoena to procure my records as I have done nothing wrong, they are attempting a lawsuit against me for something I have never seen nor do I have any interest in seeing. I hope that the court will respect my request and allow me my internet privacy as I have not done as accused.

*Paul Wilson*

13-CV-00560-CLM



Mailstop: KSOPKJ0702
5454 W. 110th Street
Overland Park, KS 66211
Phone: 877-451-1980
Fax: 913-254-5800

05/01/2013

DM WILSON
111 ERIN HEIGHTS RD
COWICHE, WA 98923

Case Number:                    2:13-cv-560-RSL
**CENTURYLINK Case Number:**   2013-00003725

Dear DM WILSON:

It is CenturyLink's policy to notify our customers when we receive a subpoena requesting their records in a civil matter. CenturyLink protects its customers' privacy, but we are required to respond to lawful subpoenas for customer information unless otherwise ordered by the relevant court or regulatory body.

CenturyLink has been served with a subpoena from **The VanderMay Law Firm** regarding the civil case, **The Thompsons Fil, LLC. V. DOES 1-194.** The subpoena requires CenturyLink to produce the name, address, user name, and activity log of the CenturyLink customer assigned the IP address of **98.125.186.193 on 01/22/2013 at 03:07 UTC.** CenturyLink's records reflect that you were assigned that IP address on the date and time specified. A copy of the subpoena will be provided upon request.

CenturyLink is required by law to respond to the subpoena and furnish the records as requested on or before **05/22/2013.**

If you have any objections to the subpoena, please notify CenturyLink as soon as possible of the objection, but no later than close of business on the above date. You will also need to file your objections with the court on or before the date specified to prevent the release of your records pursuant to the subpoena. The case in which the subpoena was issued is case number: **2:13-cv-560-RSL, filed in the United States District Court, Western District of Washington.**

For questions regarding the subpoena, please contact attorney **Maureen C. VanderMay** at **(702) 538-9300** or email him at thethompsonswa@vandermaylawfirm.com.

For questions, please contact the CenturyLink Law Enforcement Support Team at 877-451-1980 or my direct line at 913-345-7882.

Sincerely,

Nick Barton
CenturyLink
Law Enforcement Support

Paul Wilson
111 Erin Heights Rd
Cowiche, WA 98923

9810184442 C049

U.S. District Court
700 Stewart Street, Suite 2310
Seattle, WA 98101