# Exhibit 1

# THE VANDERMAY LAW FIRM
## 2085 Commercial Street NE
## Salem, Oregon 97301

MAUREEN C. VANDERMAY
MONTY K. VANDERMAY

TELEPHONE (503) 588-8053  FAX (503) 588-3624

JOHN E. SCHLOSSER

April 18, 2013

Ann M. Tollefson
Executive Assistant
Integra Telecom
6160 Golden Hills Drive
Golden Valley, Minnesota 55416
Email: amtollefson@integratelecom.com

**Sent via Email Only**

RE:   *The Thompsons Film, LLC, v. Does 1-194*
      USDC WD Washington, 2:13-cv-560-RSL

Dear Ms. Tollefson:

Thank you for your prompt response to the subpoena we forwarded to you in the above-referenced matter.  However, under the terms of Judge Lasnik's order that was served with the subpoena, subscriber information may not be disclosed to us until after notice has been afforded to its affected subscriber(s) and the waiting period set forth in the order has run.  The order states in pertinent part as follows:

> "An internet service provider ("ISP") served with a subpoena authorized by this Order shall give written notice, which includes email notice, and a copy of the subpoena to any affected subscriber(s) as soon as possible after service of the subpoena.  The ISP and/or any affected subscriber(s) shall have thirty (30) days from the date of service of the subpoena on the ISP to object to the subpoena pursuant to Fed. R. Civ. P. 45(c)(2)(B). *The ISP shall not disclose defendants' identifying information during the 30-day period or if a timely objection is served unless and until the Court orders it to do so.* If an objection is served, the ISP shall preserve any material responsive to the subpoena for a period of six months in order to allow plaintiff to move for an order compelling production under Fed. R. Civ. P. 45(c)(2)(B)(i).  If no objection is served, the ISP shall comply with the subpoena within ten (10) days."

Order Granting Leave for Preliminary Discovery dated April 1, 2013 at 1-2 (emphasis added).

Although a copy of the Court's order was forwarded with the subpoena, enclosed herewith is

Ann M. Tollefson
April 18, 2013
Page 2

another copy for your review.

In light of the Court's order, we hereby request that you re-forward your response to this subpoena after forwarding the required notice to the affected subscriber(s) and waiting for the time period required by the Court. In the meantime, we will disregard your initial response and take no action whatsoever concerning the affected subscriber(s). Please understand that we do not mean to suggest that Integra has intentionally disregarded the Court's order. We make this request simply to ensure that all concerned parties strictly and fully comply with the Court's directives.

We are also in receipt of your invoice. We will forward payment upon receipt of Integra's response to the subpoena pursuant to the time line required by Judge Lasnik.

Thank you for your attention to this matter. If you have any questions or concerns, please do not hesitate to contact me.

Sincerely yours,

Maureen C. VanderMay
Attorney and Counselor at Law

MCV:ms
cc:     Thompsons WD WA File
enc:    Judge Lasnik's Order