# Exhibit 2

## THE VANDERMAY LAW FIRM
2085 Commercial Street Northeast
Salem, Oregon 97301

MAUREEN C. VANDERMAY  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  JOHN E. SCHLOSSER
MONTY K. VANDERMAY  TELEPHONE (503) 588-8053 FAX (503) 588-3624

April 24, 2013



Mr. Luis Benevides
Neustar, Inc.
Authorized Agent for Custodian of Records
FairPoint Communications
21575 Ridgetop Circle
Sterling, VA 20166
Facsimile No. 571-434-3401                                  **Sent Via Facsimile Only**

RE: *The Thompsons Film, LLC v. Does 1-194*,
USDC WD WA Case No. 2:13-cv-560 RSL
Our File No.: NV5047
Your Control No.: LB24985

Dear Mr. Benevides:

We are in receipt of your letter dated April 17, 2013, regarding our subpoena to FairPoint Communications in the above-referenced matter. Your response indicates that you are expecting to comply "*on or about* May 22, 2013 unless a motion is filed." (Emphasis added.) For the reasons outlined herein, we hereby request that responsive subscriber information not be provided to us *prior to* May 22, 2013.

In light of our experience with other Internet service providers in responding to subpoenas for subscriber information, I am writing to refer you to the terms of Judge Lasnik's order concerning the time limitations on the release of subscriber information. The order states in pertinent part as follows:

> "An Internet service provider ("ISP") served with a subpoena authorized by this Order shall give written notice, which includes email notice, and a copy of the subpoena to any affected subscriber(s) as soon as possible after service of the subpoena. The ISP and/or any affected subscriber(s) shall have thirty (30) days from the date of service of the subpoena on the ISP to object to the subpoena pursuant to Fed. R. Civ. P. 45(c)(2)(B). *The ISP shall not disclose defendants' identifying information during the 30-day period or if a timely objection is served*

Luis Benevides
April 24, 2013
Page 2

> *unless and until the Court orders it to do so.* If an objection is served, the ISP shall preserve any material responsive to the subpoena for a period of six months in order to allow plaintiff to move for an order compelling production under Fed. R. Civ. P. 45(c)(2)(B)(i). If no objection is served, the ISP shall comply with the subpoena within ten (10) days."

Order Granting Leave for Preliminary Discovery dated April 1, 2013 at 1-2 (emphasis added).

A complete copy of the Court's order was forwarded with the subpoena. We would, of course, be happy to forward another copy of the order if you wish.

In closing, please understand that it is not our intention to suggest that your office would forward a response prior to the time frame set forth in Judge Lasnik's order. We are simply trying to ensure that we and all recipients of subpoenas from our office are in full compliance with the Court's directives.

Thank you for your continued attention to this matter. Please contact me at your convenience if you have any questions or concerns regarding this matter.

Sincerely yours,

*[signature]*

Maureen C. VanderMay, Esq.
Attorney and Counselor at Law

MCV:ap

cc: The Thompsons Film, LLC WDWA File

```
                    TRANSMISSION VERIFICATION REPORT

                                              TIME   : 04/24/2013 13:09
                                              NAME   : VANDERMAY LAW FIRM
                                              FAX    : 7025389301
                                              TEL    : 7025389300
                                              SER.#  : F8J701016


    DATE,TIME                          04/24  13:08
    FAX NO./NAME                       15714343401
    DURATION                           00:01:00
    PAGE(S)                            02
    RESULT                             OK
    MODE                               STANDARD
```