Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| The Thompsons Film, LLC,<br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Does 1- 194,<br>　　　　　　Defendants. | No. 2:13cv-00560 RSL<br><br>Notice of Appearance of Counsel for Interested Party DOE X<br>with IP address 24.16.37.54<br><br>Clerk Action Requested |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Gary K. Marshall and the Law Offices of Gary Marshall, 9706 Fourth Avenue NE, Suite 320, Seattle WA 98115-2157, appear in this action as the attorney for Interested Party DOE X with IP address 24.16.37.54[1], without precluding the right to challenge lack of jurisdiction, insufficienty of process and insufficiency of service of process pursuant to FCR 12(b). Please add Gary K. Marshall to the CM/ECF email notification list under the following e-mail address: gmarshall@marshallcomputer.com.

Dated this 23rd day of May, 2013

---

[1] Interested Party DOE X does not appear to be listed in the Exhibit to the complaint but is listed as DOE 123 in the materials Plaintiff supplied to Comcast and Comcast forwarded to Defendant. Defendant's attorney has requested clarification from Plaintiff's counsel and has not received a response.

Law Offices of Gary Marshall

By ___/s/ Gary K. Marshall_____
Gary K. Marshall, WSBA # 15344
Attorneys for Interested Party DOE X
with IP address 24.16.37.54

<u>Certificate of Service</u>

  I hereby certify that on May 23, 2013, I electronically filed this document with the Clerk, of the Court using the CM/ECF electronic filing, which will provide notice to all counsel of record herein.

<u>/s/ Gary K. Marshall_____</u>
Gary K. Marshall, WSBA # 15344
Attorneys for Interested Party DOE X
with IP address 24.16.37.54

Notice of Appearance for Interested Party DOE X, page 2
No. 2:13-cv-00560 RSL

Law Offices of Gary Marshall
9706 4th Ave. N.E., Suite 320
Seattle, Washington 98115-2157
Tel: (206) 524-0655