```
_____ FILED
_____ LOGED      MAIL
_____ RECEIVED
```

Date: 05/22/2013

MAY 28 2013

To! Whom it may concern

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

Att: Rhonda. Docket # 2:13-cv-00560

Due to our phone conversation I appreciate speaking with you in reference to the the Thompson film.

I haven't downloaded or uploaded on this allegation.

I use my computer to play pogo games and face book.

I have internet with Comcast and wifi. I have tried several times to reach the law firm out of Las Vegas N.V Maureen vanderway at different times and received no answer from them at all.

Attached is a letter send to NE&TO Comcast.

Thank you in advance for your consideration in this matter.

Sincerely,

IP address

71.59.178.6

13-CV-00560-BR

To! Whom it may concern:

05/22/2013

Comcast

Enclosed is a copy of my response to the U.S district court of Seattle, WA. Docket # 2:13-cv-0056.

I am asking you (Comcast) NOT to release:

My name

Address

Phone number

Birthday

E-mail

Social security number

And any or all other information you may have on file, due to the privacy act.

Thanking you in advance for you corporation in this matter.


Sincerely,

IP address

71.59.178.6

attn: Rhonda
Judge: Robert S. Lasnik

U.S. District Court
700 Stewart St
Suite # 2310
Seattle, WA. 98101

PORTLAND OR 970
24 MAY 2013 PM 6 L

98101444285

