# THE UNITED STATES DISTRICT COURT
# FOR WESTERN WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| THE THOMPSONS FILM, LLC,<br>Plaintiff<br><br>v.<br><br>JOHN DOES 1-194<br>Defendant. | CASE NO.: 2:13-cv-560-RSL<br><br>LIMITED NOTICE OF APPEARANCE |

TO:   CLERK OF THE ABOVE-ENTITLED COURT; and

COMES NOW, the Law Offices of Greene & Lloyd, P.L.L.C., and hereby enters their Limited Notice of Appearance as attorneys for the Defendant John Doe 51 in the above entitled matter. Counsel's appearance is limited to presenting and defending Defendant's Motion to Sever and Dismiss. The attorney respectfully requests that papers and pleadings, exclusive of original process, be served upon said attorney at the below stated P.O. Box address.

Dated this __31st__ day of ___May___, 2013.

Law Offices of Greene & Lloyd, PLLC

By : _/s/ Timothy M. Greene_____
TIMOTHY M. GREENE, WSB#17499
Attorney for Defendant

LIMITED NOTICE OF APPEARANCE

1 of 1

Law Offices of Greene & Lloyd, PLLC
P.O. Box 731063 / 4115 S. Meridian #B
Puyallup, Washington 98373
(253) 770-0808, Fax (253) 770-0259