# DECLARATION OF SERVICE

I, Meagan Sweeten, hereby declare under penalty of perjury of the laws of the State of Washington, that on this day I caused to be served a true and correct copy of PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND QUASHING SUBPOENAS; ATTACHMENT 1; DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND QUASHING SUBPOENA; EXHIBIT 1; EXHIBIT 2; and EXHIBIT 3 FILED UNDER SEAL (Marker page) in Case No. 2:13-cv-00560-RSL to which this declaration is attached, by the method indicated below, and addressed to each of the following:

| | |
|---|---|
| John Doe 98.125.186.193<br>mulder9927@gmail.com | ___ U.S. Mail, Postage Prepaid<br>___ Hand-Delivered<br>___ Fed Ex<br>___ Facsimile Transmission<br>_X_ Electronic Notification |
| Timothy M. Greene<br>tgreen01@hotmail.com | ___ U.S. Mail, Postage Prepaid<br>___ Hand-Delivered<br>___ Fed Ex<br>___ Facsimile Transmission<br>_X_ Electronic Notification |
| Gary Kaitz Marshall<br>gmarshall@marshallcomputer.com | ___ U.S. Mail, Postage Prepaid<br>___ Hand-Delivered<br>___ Fed Ex<br>___ Facsimile Transmission<br>_X_ Electronic Notification |
| Michael P. Matesky, II<br>litigation@mateskylaw.com<br>mike@mateskylaw.com | ___ U.S. Mail, Postage Prepaid<br>___ Hand-Delivered<br>___ Fed Ex<br>___ Facsimile Transmission<br>_X_ Electronic Notification |
| John Doe 170 | Counsel has reviewed ECF/PACER and no contact information can be found for John Doe 170 and therefore, John Doe 170 has not been served with this document. |

DECLARATION OF SERVICE
(2:13-cv-00560-RSL) – Page 1

| | |
|---|---|
| Shirley Fastrup<br>407 Tacoma Blvd.<br>Algona, WA 98001 | _X_ U.S. Mail, Postage Prepaid<br>___ Hand-Delivered<br>___ Fed Ex<br>___ Facsimile Transmission<br>___ Electronic Notification |
| Paul Wilson<br>111 Erin Heights Rd.<br>Cowiche, WA | _X_ U.S. Mail, Postage Prepaid<br>___ Hand-Delivered<br>___ Fed Ex<br>___ Facsimile Transmission<br>___ Electronic Notification |

DATED the 4th day of June, 2013, in Salem Oregon.

*Meagan Sweeten*

DECLARATION OF SERVICE
(2:13-cv-00560-RSL) – Page 2