Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| The Thompsons Film, LLC,<br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Does 1- 194,<br>　　　　　　Defendants. | No. 2:13-cv-00560 RSL<br><br>Notice of Appearance of Counsel for Defendant DOE 194<br>with IP address 67.183.147.13<br><br>Clerk Action Requested |

TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Gary K. Marshall and the Law Offices of Gary Marshall, 9706 Fourth Avenue NE, Suite 320, Seattle WA 98115-2157, appear in this action as the attorney for Defendant DOE 194 with IP address 67.183.147.13[1], without precluding the right to challenge lack of jurisdiction, insufficiently of process and insufficiency of service of process pursuant to FCR 12(b). Please add Gary K. Marshall to the CM/ECF email notification list under the following e-mail address: gmarshall@marshallcomputer.com.

Dated this 4th day of June, 2013

---

[1] Defendant is listed as DOE 194 in the Exhibit to the complaint but as DOE 118 in the materials Plaintiff supplied to Comcast and Comcast forwarded to Defendant. Defendant's attorney has requested clarification from Plaintiff's counsel and has not received a response.

Notice of Appearance for Defendant Doe 194, page 1
No. 2:13-cv-00560 RSL

Law Offices of Gary Marshall
9706 4th Ave. N.E., Suite 320
Seattle, Washington 98115-2157
Tel: (206) 524-0655

1
2                                    Law Offices of Gary Marshall

3
4                                    By __/s/ Gary K. Marshall_____
                                     Gary K. Marshall, WSBA # 15344
                                     Attorneys for Defendant
5                                    DOE 194 with IP address 67.183.147.13

6
                         Certificate of Service
7
        I hereby certify that on June 4, 2013, I electronically filed this document with the Clerk,
8   of the Court using the CM/ECF electronic filing, which will provide notice to all counsel of
    record herein.
9

10                                   /s/ Gary K. Marshall_____
                                     Gary K. Marshall,  WSBA # 15344
11                                   Attorneys for Defendant
                                     DOE 194 with IP address 67.183.147.13
12

13

14

15

16

17

18

19

20

21

22

23

24
    Notice of Appearance for Defendant Doe 194, page 2                Law Offices of Gary Marshall
    No. 2:13-cv-00560 RSL                                             9706 4th Ave. N.E., Suite 320
                                                                      Seattle, Washington 98115-2157
                                                                      Tel: (206) 524-0655