UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE THOMPSONS FILM, LLC,

    Plaintiff,

    v.

DOES 1 - 194,

    Defendants.

Case No. C13-0560RSL

ORDER DENYING MOTION TO QUASH AS MOOT

This matter comes before the Court on a "Motion to Quash" a subpoena issued to Comcast in the above-captioned matter. Dkt. # 30. On May 9, 2013, the Court quashed all subpoenas issued in this action and required plaintiff to immediately notify the internet service providers that they need not respond. Because the requested relief has already been granted, the pending motion to quash is DENIED as moot.

Dated this 11th day of June, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District

ORDER DENYING MOTION TO
QUASH AS MOOT - 1