1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

_____
THE THOMPSONS FILM, LLC,                )
                                                            )
                    Plaintiff,                          )
                                                            )
v.                                                          )
                                                            )
DOES 1 – 194,                                     )
                                                            )
                    Defendants.                     )
_____       )

Case No.:  Case No.: 2:13-CV-560-RSL

PLAINTIFF'S RESPONSE TO MOTION
TO QUASH (Dkt. # 35)

NOT NOTED ON MOTION CALENDAR
BY MOVING PARTY

        Plaintiff The Thompsons Film, LLC, by and through counsel of record, Maureen C.

VanderMay and The VanderMay Law Firm, hereby responds to the document filed by Wayne

Fastrup and Shirley Fastrup (Dkt. # 35) which requests that the subpoena issued to Internet

Service Provider Comcast be quashed.

        The Court addressed whether the subpoenas issued to various Internet Service Providers

in this action should be quashed in its Order Lifting Stay and Extending Service Deadline filed

on August 7, 2013 (Dkt. # 33) and declined to do so.  Mr. and Mrs. Fastrup's filing raises no new

arguments in support of their request that the subpoena be quashed.  Indeed, the statements they

PLAINTIFF'S RESPONSE TO MOTION – Page 1
TO QUASH (Dkt. # 35) (2:13-CV-560-RSL)

The VanderMay Law Firm PC
2021 S. Jones Blvd
Las Vegas, Nevada 89146
(702) 538-9300

1   make have no bearing upon this issue.  Therefore, Plaintiff respectfully requests that this request

2   be denied.

3   DATED: September 30, 2013

4

5                                          Respectfully submitted,

6                                          The VanderMay Law Firm PC

7                                          /s/ Maureen C. VanderMay
                                           Maureen C. VanderMay, WSBA No. 16742
8                                          email: thethompsonswa@vandermaylawfirm.com
                                           The VanderMay Law Firm PC
9                                          2021 S. Jones Blvd.
                                           Las Vegas, Nevada 89146
10                                         (702) 538-9300
                                           Of Attorneys for Plaintiff
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                         The VanderMay Law Firm PC
                                           2021 S. Jones Blvd
27  PLAINTIFF'S RESPONSE TO MOTION – Page 2   Las Vegas, Nevada 89146
28  TO QUASH (Dkt. # 35) (2:13-CV-560-RSL)    (702) 538-9300