1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8                   WESTERN DISTRICT OF WASHINGTON

9                            AT SEATTLE

10   _____
                                      )
     THE THOMPSONS FILM, LLC,         )      Case No.:  Case No.: 2:13-CV-560-RSL
                                      )
11          Plaintiff,                )
                                      )
12   v.                               )      **DECLARATION OF SERVICE**
                                      )
13   DOES 1 – 194,                    )
                                      )
14          Defendants.               )
     _____  )

15          I, Maureen C. VanderMay, hereby declare under penalty of perjury of the laws of the

16   State of Washington, that on this day I caused to be served a true and correct copy of

17   PLAINTIFF'S RESPONSE TO MOTION TO QUASH (Dkt. # 35) in Case No. 2:13-cv-560-

18   RSL to which this declaration is attached, by the method indicated below, and addressed to each

19   of the following:

20

| John Doe 98.125.186.193<br>mulder9927@gmail.com | ___ U.S. Mail, Postage Prepaid<br>___ Hand-Delivered<br>___ Fed Ex<br>___ Facsimile Transmission<br>_X_ Electronic Notification |
|---|---|
| Timothy M. Greene<br>tgreen01@hotmail.com | ___ U.S. Mail, Postage Prepaid<br>___ Hand-Delivered<br>___ Fed Ex<br>___ Facsimile Transmission<br>_X_ Electronic Notification |

DECLARATION OF SERVICE
(2:13-CV-560-RSL) – Page 1

| | |
|---|---|
| Gary Kaitz Marshall<br>gmarshall@marshallcomputer.com | ___ U.S. Mail, Postage Prepaid<br>___ Hand-Delivered<br>___ Fed Ex<br>___ Facsimile Transmission<br>_X_ Electronic Notification |
| Michael P. Matesky, II<br>litigation@mateskylaw.com<br>mike@mateskylaw.com | ___ U.S. Mail, Postage Prepaid<br>___ Hand-Delivered<br>___ Fed Ex<br>___ Facsimile Transmission<br>_X_ Electronic Notification |
| John Doe 170 | Counsel has reviewed ECF/PACER and no contact information can be found for John Doe 170 and therefore, John Doe 170 has not been served with this document. |
| Shirley Fastrup<br>407 Tacoma Blvd.<br>Algona, WA 98001 | _X_ U.S. Mail, Postage Prepaid<br>___ Hand-Delivered<br>___ Fed Ex<br>___ Facsimile Transmission<br>___ Electronic Notification |
| Paul Wilson<br>111 Erin Heights Rd.<br>Cowiche, WA 98923 | _X_ U.S. Mail, Postage Prepaid<br>___ Hand-Delivered<br>___ Fed Ex<br>___ Facsimile Transmission<br>___ Electronic Notification |

DATED the 30th day of September, 2013, in Salem Oregon.

/s/ Maureen C. VanderMay
Maureen C. VanderMay, WSBA No. 16742

DECLARATION OF SERVICE
(2:13-CV-560-RSL) – Page 2