AO440 - WAWD (Revised 10/11) Summons in a Civil Action

# United States District Court
for the
Western District of Washington

THE THOMPSONS FILM, LLC

_____
*Plaintiff*

v.

KIMBERLY BANKS, et al.

_____
*Defendant*

Civil Action No. 2:13-cv-0560-RSL _____

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

KYLE BAXTER
6933 RIVERDALE DR SE
OLYMPIA, WA 98501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Maureen C. VanderMay, Esq.
THE VANDERMAY LAW FIRM, P.C.
2021 S. Jones Blvd.
Las Vegas, Nevada 89146

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*[signature]*

Date: 10-17-13

*Signature of Clerk or Deputy Clerk*

AO440WAWD (Revised 10/11) Summons in a Civil Action (Page 2)

## PROOF OF SERVICE
*This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l)*

This summons for (name of individual and title, if any) **KYLE BAXTER**

was received by me on (date) **10/18/13**.

☒ I personally served the summons and complaint on the individual at (place)
**6933 Riverdale Dr SE Olympia, WA** on (date) **10/19/13**; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on (name of individual) _____ who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify)

My fees are $ _____ for travel and $ **30.00** for services, for a total of $ **30.00**.

I declare under penalty of perjury that this information is true.

Date: **10/19/13**

Server's signature: *Colleen Logsden*

Printed name and title: **Colleen Logsden / owner**

Server's address: **317 73rd Ave NE Olympia, WA 98506**

Additional information regarding attempted service, etc.