AO440 - WAWD (Revised 10/11) Summons in a Civil Action

# United States District Court
## for the
## Western District of Washington

THE THOMPSONS FILM, LLC

)
)
)
*Plaintiff*
)
v.
)
)
)        Civil Action No.   2:13-cv-0560-RSL
)
KIMBERLY BANKS, et al.
)
)
)

*Defendant*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

LEROY SUNDE
3335 S GRAHAM ST
SEATTLE, WA 98118

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it) - or __60__ days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Maureen C. VanderMay, Esq.
THE VANDERMAY LAW FIRM, P.C.
2021 S. Jones Blvd.
Las Vegas, Nevada 89146

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10-17-13

*Signature of Clerk or Deputy Clerk*

AO440WAWD (Revised 10/11) Summons in a Civil Action (Page 2)

## PROOF OF SERVICE
*This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l)*

This summons for *(name of individual and title, if any)* **LEROY SUNDE**

was received by me on *(date)* **10/18/13**.

☐ I personally served the summons and complaint on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons and complaint at the individual's residence or usual place of abode with *(name)* **Luy (roommate)**, a person of suitable age and discretion who resides there, on *(date)* **10/20/13**, and mailed a copy to the individual's last known address; or **3335 S Graham St Seattle, WA**

☐ I served the summons and complaint on *(name of individual)* _____ who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*

My fees are $ _____ for travel and $ **30.00** for services, for a total of $ **30.00**.

I declare under penalty of perjury that this information is true.

Date: **10/20/13**

*Server's signature* **Callen Logsden**

*Printed name and title* **Colleen Logsden, owner**

*Server's address* **317 73rd Ave NE Olympia, WA 98506**

Additional information regarding attempted service, etc.