AO440 - WAWD (Revised 10/11) Summons in a Civil Action

# United States District Court
for the
Western District of Washington

THE THOMPSONS FILM, LLC )
)
)
*Plaintiff* )
)
v. )
) Civil Action No. 2:13-cv-0560-RSL
)
)
KIMBERLY BANKS, et al. )
)
)
*Defendant* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

GINO WALL
19617 82ND STREET CT E
BONNEY LAKE, WA 98391

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Maureen C. VanderMay, Esq.
THE VANDERMAY LAW FIRM, P.C.
2021 S. Jones Blvd
Las Vegas, Nevada 89146

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10-17-13

*Signature of Clerk or Deputy Clerk*

AO440WAWD (Revised 10/11) Summons in a Civil Action (Page 2)

## PROOF OF SERVICE
*This section should not be filed with the court unless required by* Fed. R. Civ. P. 4(l)

This summons for (*name of individual and title, if any*) **GINO WALL**

was received by me on (*date*) 10/18/13.

☐ I personally served the summons and complaint on the individual at (*place*)
_____ on (*date*) _____ ; or

☒ I left the summons and complaint at the individual's residence or usual place of abode with (*name*)
**Alex Wall (son)**, a person of suitable age and discretion who resides there,
on (*date*) 10/19/13, and mailed a copy to the individual's last known address; or **19617 82nd St Ct E, Bonney Lake, WA**

☐ I served the summons and complaint on (*name of individual*) _____
who is designated by law to accept service of process on behalf of (*name of organization*)
_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (*specify*)

My fees are $ _____ for travel and $ 30.00 for services, for a total of $ 30.00.

I declare under penalty of perjury that this information is true.

Date: 10/19/13

*Colleen Logsden*
Server's signature

**Colleen Logsden / owner**
Printed name and title

317 73rd Ave NE
Olympia, WA 98506
Server's address

Additional information regarding attempted service, etc.