Hon. Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE THOMPSONS FILM, LLC<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY BANKS, et. al.,<br><br>Defendants. | NO. 2:13-CV-00560-RSL<br><br>[PROPOSED] ORDER GRANTING MOTION TO DISMISS |

This matter coming before the Court on the Motion to Dismiss, or for More Definite Statement, by Defendants Kimberly Banks, Eric Morris, Doan'Nhi Nguyen, and Gino Wall, and the Court having considered the Motion, and being fully advised, NOW HEREBY ORDERS:

Defendants' Motion is hereby GRANTED.

Plaintiff's First Amended Complaint is hereby dismissed with prejudice, and without leave to amend.

[Proposed] Order
2:13-CV-00560-RSL - 1

Matesky Law PLLC
1001 4th Ave., Suite 3200
Seattle, WA 98154
Ph: 206.701.0331   Fax: 206.701.0332
© 2013 Matesky Law

Defendants shall file any motion for recovery of costs and attorney fees pursuant to 17 U.S.C. § 505 within 14 days of this Order.

IT IS SO ORDERED.

Dated this ___ Day of _____, 2013:

_____
UNITED STATES DISTRICT JUDGE

Presented this 12th Day of November, 2013 by:

MATESKY LAW PLLC

/s/ Michael P. Matesky, II

Michael P. Matesky, II
(WSBA# 39586)
1001 4th Ave., Suite 3200
Seattle, WA 98154
Ph: 206.701.0331
Fax: 206.702.0332
Email: mike@mateskylaw.com;
       litigation@mateskylaw.com

Attorney for Defendants Kimberly Banks, Eric Morris, Doan'Nhi Nguyen, and Gino Wall

[Proposed] Order
2:13-CV-00560-RSL - 2

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system on the date stated below, which will cause the foregoing to be electronically served on all parties of record who have consented to such electronic service.

I hereby certify that I have served the foregoing on the following parties via U.S. First Class Mail to the following addresses:

**Kyle Baxter**, 6933 RiverDale Drive SE, Olympia, WA 98501

**Tracy Clack**, 21304 40th Ave E, Spanaway, WA 98387

**Crystal Ewing**, 1518 SE 139th Ct., Vancouver, WA 98683

**Eldra Hardenbrook**, 2326 Woburn St., Bellingham, WA 98229

**Monika Mitchell**, 24204 SE 263rd Pl, Maple Valley, WA 98038

**Leroy Sunde**, 3335 S Graham St, Seattle, WA 98118

Dated this 12th day of November, 2013          /s/ Michael P. Matesky, II
                                               Michael P. Matesky, II

Certificate of Service
2:13-cv-560-RSL

Matesky Law PLLC
1001 4th Ave., Suite 3200
Seattle, WA 98154
Ph: 206.701.0331   Fax: 206.701.0332
© 2013 Matesky Law