1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

THE THOMPSON FILM, LLC,

     Plaintiff,

  v.

KIMBERLY BANKS, an individual;
MICHAEL PETERSON, an individual;
JIM WHIGHAM, an individual;
ERIC MORRIS, an individual;
MARY LOGEL, an individual;
MONIKA MITCHELL, an individual;
BARBARA STANLEY, an individual;
JOAQUIN CONCEPCION, an individual;
GINO WALL, an individual;
LEROY SUNDE, an individual;
CRYSTAL EWING, an individual;
KYLE BAXTER, an individual;
MAUREEN GRAZIANO, an individual;
TRACY CLACK, an individual;
DOAN'NHI NGUYEN, an individual;
ELDRA HARDENBROOK, an individual;
DONALD HELGESON, an individual;
DOES 1-6; DOES 8-15; DOES 17-19;
DOES 21-26; DOES 28; DOES 30-46;
DOES 48-69; DOES 71-89; DOES 91-92;
DOES 94-100; DOES 102-103; DOES

NO.  2:13-CV-560-RSL

DEFENDANT STANLEY'S
ANSWER AND AFFIRMATIVE
DEFENSES TO PLAINTIFF'S
COMPLAINT

DEFENDANT STANLEY'S ANSWER TO
FIRST AMENDED COMPLAINT
COPYRIGHT INFRINGEMENT
– NO. 2:13-CV-560-RSL

1

BARBARA STANLEY
9405 BRIDGE ROAD SE
YELM, WA  98597
(360) 458-5766

1    105-107; DOES 109-112; DOES 114-151;
     DOES 153-164; DOES 166-167; DOES
2    169-170; and DOES 172-194

3              Defendants.

4         Defendant, Barbara Stanley ("Stanley"), in answer to Plaintiff's Complaint, admits, denies

5    and alleges as follows:

6                              **INTRODUCTION**

7        1.  In answer to Paragraph 1, Stanley lacks knowledge or information sufficient to form a

8            belief as to the truth of the allegations contained in Paragraph 1 and, therefore, denies

9            the same.

10       2.  In answer to Paragraph 2, Stanley lacks knowledge or information sufficient to form a

11           belief as to the truth of the allegations contained in Paragraph 2 and, therefore, denies

12           the same.

13       3.  Paragraph 3 states argument and contentions of law and, therefore, requires no answer.

14           Notwithstanding the foregoing, Stanley lacks knowledge or information sufficient to

15           form a belief as to the truth of the allegations contained in Paragraph 3 and, therefore,

16           denies the same.

17       4.  In answer to Paragraph 4, Stanley lacks knowledge or information sufficient to form a

18           belief as to the truth of the allegations contained in Paragraph 4 and, therefore, denies

19           the same.

20       5.  In answer to Paragraph 5, Stanley lacks knowledge or information sufficient to form a

21           belief as to the truth of the allegations contained in Paragraph 5 and, therefore, denies

22           the same.

23       6.  In answer to Paragraph 6, Stanley lacks knowledge or information sufficient to form a

24           belief as to the truth of the allegations contained in Paragraph 6 and, therefore, denies

25           the same.

26

7.  In answer to Paragraph 7, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 and, therefore, denies the same.

8.  In answer to Paragraph 8, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 and, therefore, denies the same.

9.  Stanley denies the allegations of Paragraph 9.

10. Paragraph 10 states argument and contentions of law and, therefore, requires no answer. Notwithstanding the foregoing, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 and, therefore, denies the same.

11. In answer to Paragraph 11, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 and, therefore, denies the same.

12. Paragraph 12 states argument and contentions of law and, therefore, requires no answer. Notwithstanding the foregoing, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 and, therefore, denies the same.

13. With regards to her participation, either directly or indirectly, Stanley denies the allegations in Paragraph 13.  Furthermore, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 regarding each of the Defendants and, therefore, denies the same.

## <u>JURISDICTION AND VENUE</u>

14. Paragraph 14 states argument and contentions of law and, therefore, requires no answer.

15. Paragraph 15 states argument and contentions of law and, therefore, requires no answer.

DEFENDANT STANLEY'S ANSWER TO
FIRST AMENDED COMPLAINT
COPYRIGHT INFRINGEMENT
– NO. 2:13-CV-560-RSL

3

BARBARA STANLEY
9405 BRIDGE ROAD SE
YELM, WA  98597
(360) 458-5766

16. Paragraph 16 states argument and contentions of law and, therefore, requires no answer.

## PARTIES

### THE PLAINTIFF

17. Stanley is without information necessary to admit or deny the allegations in Paragraph 17 and, therefore, denies the same.

### The Rights of Plaintiff

18. Stanley is without information necessary to admit or deny the allegations in Paragraph 18 and, therefore, denies the same.

19. Paragraph 19 states argument and contentions of law and, therefore, requires no answer. Notwithstanding the foregoing, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 and, therefore, denies the same.

20. Stanley admits that *The Thompsons* is available for sale in commerce.

21. Paragraph 21 states argument and contentions of law and, therefore, requires no answer. Notwithstanding the foregoing, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 and, therefore, denies the same.

22. Paragraph 22 states argument and contentions of law and, therefore, requires no answer. Notwithstanding the foregoing, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 and, therefore, denies the same.

23. Stanley is without information necessary to admit or deny the allegations in Paragraph 23 and, therefore, denies the same.

24. Paragraph 24 states argument and contentions of law and, therefore, requires no answer. Notwithstanding the foregoing, Stanley lacks knowledge or information sufficient to

DEFENDANT STANLEY'S ANSWER TO
FIRST AMENDED COMPLAINT
COPYRIGHT INFRINGEMENT
– NO. 2:13-CV-560-RSL

4

BARBARA STANLEY
9405 BRIDGE ROAD SE
YELM, WA  98597
(360) 458-5766

form a belief as to the truth of the allegations contained in Paragraph 24 and, therefore, denies the same.

## THE DEFENDANTS

### In General

25. With regards to her role in connection with the use of BitTorrent, Stanley denies the allegations in Paragraph 25. Furthermore, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 regarding some or all of the Defendants and, therefore, denies the same.

26. Stanley denies the allegations contained in Paragraph 26. Furthermore, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 for each of the Defendants and, therefore, denies the same.

27. Stanley is without information necessary to admit or deny the allegations in Paragraph 27 and, therefore, denies the same.

28. Stanley is without information necessary to admit or deny the allegations in Paragraph 28 and, therefore, denies the same.

29. Stanley is without information necessary to admit or deny the allegations in Paragraph 29 regarding BitTorrent protocol and, therefore, denies the same. Additionally, Stanley was never provided with a copy of Exhibit 1 to Plaintiff's initial Complaint and, therefore, denies the same.

### Identification of the Named Defendants

30. Stanley is without information necessary to admit or deny the allegations in Paragraph 30 and, therefore, denies the same.

31. Stanley is without information necessary to admit or deny the allegations in Paragraph 31 and, therefore, denies the same.

DEFENDANT STANLEY'S ANSWER TO
FIRST AMENDED COMPLAINT
COPYRIGHT INFRINGEMENT
– NO. 2:13-CV-560-RSL

5

BARBARA STANLEY
9405 BRIDGE ROAD SE
YELM, WA  98597
(360) 458-5766

32. Stanley is without information necessary to admit or deny the allegations in Paragraph 32 and, therefore, denies the same.

33. Stanley is without information necessary to admit or deny the allegations in Paragraph 33 and, therefore, denies the same.

34. Stanley is without information necessary to admit or deny the allegations in Paragraph 34 and, therefore, denies the same.

35. Stanley is without information necessary to admit or deny the allegations in Paragraph 35 and, therefore, denies the same.

36. Stanley is without information necessary to admit or deny the allegations in Paragraph 36 and, therefore, denies the same.

37. Stanley is without information necessary to admit or deny the allegations in Paragraph 37 and, therefore, denies the same.

38. Stanley is without information necessary to admit or deny the allegations in Paragraph 38 and, therefore, denies the same.

39. Stanley is without information necessary to admit or deny the allegations in Paragraph 39 and, therefore, denies the same.

40. Stanley is without information necessary to admit or deny the allegations in Paragraph 40 and, therefore, denies the same.

41. Stanley is without information necessary to admit or deny the allegations in Paragraph 41 and, therefore, denies the same.

42. Stanley is without information necessary to admit or deny the allegations in Paragraph 42 and, therefore, denies the same.

43. Stanley is without information necessary to admit or deny the allegations in Paragraph 43 and, therefore, denies the same.

DEFENDANT STANLEY'S ANSWER TO
FIRST AMENDED COMPLAINT
COPYRIGHT INFRINGEMENT
– NO. 2:13-CV-560-RSL

6

BARBARA STANLEY
9405 BRIDGE ROAD SE
YELM, WA  98597
(360) 458-5766

44. Stanley is without information necessary to admit or deny the allegations in Paragraph 44 and, therefore, denies the same.

45. Stanley is without information necessary to admit or deny the allegations in Paragraph 45 and, therefore, denies the same.

46. Stanley is without information necessary to admit or deny the allegations in Paragraph 46 and, therefore, denies the same.

47. Stanley is without information necessary to admit or deny the allegations in Paragraph 47 and, therefore, denies the same.

48. Stanley admits that Comcast provides internet service, but is without information necessary to admit or deny the remaining allegations in Paragraph 48 and, therefore, denies the same.

49. Stanley admits at all times material she resided in Yelm, Washington.

50. Stanley denies the allegations contained in Paragraph 50.

51. Stanley is without information necessary to admit or deny the allegations in Paragraph 51 and, therefore, denies the same.

52. Stanley is without information necessary to admit or deny the allegations in Paragraph 52 and, therefore, denies the same.

53. Stanley is without information necessary to admit or deny the allegations in Paragraph 53 and, therefore, denies the same.

54. Stanley is without information necessary to admit or deny the allegations in Paragraph 54 and, therefore, denies the same.

55. Stanley is without information necessary to admit or deny the allegations in Paragraph 55 and, therefore, denies the same.

56. Stanley is without information necessary to admit or deny the allegations in Paragraph 56 and, therefore, denies the same.

DEFENDANT STANLEY'S ANSWER TO
FIRST AMENDED COMPLAINT
COPYRIGHT INFRINGEMENT
– NO. 2:13-CV-560-RSL

7

BARBARA STANLEY
9405 BRIDGE ROAD SE
YELM, WA  98597
(360) 458-5766

57. Stanley is without information necessary to admit or deny the allegations in Paragraph 57 and, therefore, denies the same.

58. Stanley is without information necessary to admit or deny the allegations in Paragraph 58 and, therefore, denies the same.

59. Stanley is without information necessary to admit or deny the allegations in Paragraph 59 and, therefore, denies the same.

60. Stanley is without information necessary to admit or deny the allegations in Paragraph 60 and, therefore, denies the same.

61. Stanley is without information necessary to admit or deny the allegations in Paragraph 61 and, therefore, denies the same.

62. Stanley is without information necessary to admit or deny the allegations in Paragraph 62 and, therefore, denies the same.

63. Stanley is without information necessary to admit or deny the allegations in Paragraph 63 and, therefore, denies the same.

64. Stanley is without information necessary to admit or deny the allegations in Paragraph 64 and, therefore, denies the same.

65. Stanley is without information necessary to admit or deny the allegations in Paragraph 65 and, therefore, denies the same.

66. Stanley is without information necessary to admit or deny the allegations in Paragraph 66 and, therefore, denies the same.

67. Stanley is without information necessary to admit or deny the allegations in Paragraph 67 and, therefore, denies the same.

68. Stanley is without information necessary to admit or deny the allegations in Paragraph 68 and, therefore, denies the same.

DEFENDANT STANLEY'S ANSWER TO
FIRST AMENDED COMPLAINT
COPYRIGHT INFRINGEMENT
– NO. 2:13-CV-560-RSL

8

BARBARA STANLEY
9405 BRIDGE ROAD SE
YELM, WA  98597
(360) 458-5766

69. Stanley is without information necessary to admit or deny the allegations in Paragraph 69 and, therefore, denies the same.

70. Stanley is without information necessary to admit or deny the allegations in Paragraph 70 and, therefore, denies the same.

71. Stanley is without information necessary to admit or deny the allegations in Paragraph 71 and, therefore, denies the same.

72. Stanley is without information necessary to admit or deny the allegations in Paragraph 72 and, therefore, denies the same.

73. Stanley is without information necessary to admit or deny the allegations in Paragraph 73 and, therefore, denies the same.

74. Stanley is without information necessary to admit or deny the allegations in Paragraph 74 and, therefore, denies the same.

75. Stanley is without information necessary to admit or deny the allegations in Paragraph 75 and, therefore, denies the same.

76. Stanley is without information necessary to admit or deny the allegations in Paragraph 76 and, therefore, denies the same.

77. Stanley is without information necessary to admit or deny the allegations in Paragraph 77 and, therefore, denies the same.

78. Stanley is without information necessary to admit or deny the allegations in Paragraph 78 and, therefore, denies the same.

79. Stanley is without information necessary to admit or deny the allegations in Paragraph 79 and, therefore, denies the same.

80. Stanley is without information necessary to admit or deny the allegations in Paragraph 80 and, therefore, denies the same.

**Further Identification of the Remaining Doe Defendants**

DEFENDANT STANLEY'S ANSWER TO
FIRST AMENDED COMPLAINT
COPYRIGHT INFRINGEMENT
– NO. 2:13-CV-560-RSL

9

BARBARA STANLEY
9405 BRIDGE ROAD SE
YELM, WA  98597
(360) 458-5766

81. Stanley admits Plaintiff has not named in the Amended Complaint the persons identified as Does 1-6, Does 8-15, Does 17-19, Does 21-26, Doe 28, Does 30-46, Does 48-69, Does 71-89, Does 91-92, Does 94-100, Does 102-103, Does 105-107, Does 109-112, Does 114-151, Does 153-164, Does 166-167, Does 169-170, and Does 172-194. Stanley is without information necessary to admit or deny the remaining allegations contained in Paragraph 81 and, therefore, denies the same.

## **JOINDER**

82. Paragraph 82 states argument and contentions of law and, therefore, requires no answer. Notwithstanding the foregoing, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 and, therefore, denies the same.

83. Stanley denies that she has collectively acted with all of the Defendants. Furthermore, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 regarding all of the Defendants and, therefore, denies the same.

84. In answer to Paragraph 84, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 and, therefore, denies the same.

85. Paragraph 85 states argument and contentions of law and, therefore, requires no answer. Notwithstanding the foregoing, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 and, therefore, denies the same.

86. Paragraph 86 states argument and contentions of law and, therefore, requires no answer. Notwithstanding the foregoing, Stanley lacks knowledge or information sufficient to

DEFENDANT STANLEY'S ANSWER TO
FIRST AMENDED COMPLAINT
COPYRIGHT INFRINGEMENT
– NO. 2:13-CV-560-RSL

10

BARBARA STANLEY
9405 BRIDGE ROAD SE
YELM, WA  98597
(360) 458-5766

form a belief as to the truth of the allegations contained in Paragraph 86 and, therefore, denies the same.

87. Paragraph 87 states argument and contentions of law and, therefore, requires no answer. Notwithstanding the foregoing, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 and, therefore, denies the same.

## FACTS COMMON TO ALL CLAIMS

### IP Addresses

88. Stanley admits that she obtained an account for service in order to connect to the Internet.  Stanley lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 88 and, therefore, denies the same.

89. Stanley admits an IP address is assigned to each account holder. Stanley lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 89 and, therefore, denies the same.

90. Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 90 and, therefore, denies the same.

91. Paragraph 91 states argument and contentions of law and, therefore, requires no answer. Notwithstanding the foregoing, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 91 and, therefore, denies the same.

92. Paragraph 92 states argument and contentions of law and, therefore, requires no answer. Notwithstanding the foregoing, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 and, therefore, denies the same.

DEFENDANT STANLEY'S ANSWER TO
FIRST AMENDED COMPLAINT
COPYRIGHT INFRINGEMENT
– NO. 2:13-CV-560-RSL

11

BARBARA STANLEY
9405 BRIDGE ROAD SE
YELM, WA  98597
(360) 458-5766

**Peer-to-Peer Internet Piracy Via BitTorrent**

93. Paragraph 93 states argument and contentions of law and, therefore, requires no answer. Notwithstanding the foregoing, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 93 and, therefore, denies the same.

94. Stanley denies using, either directly or indirectly, an interactive peer-to-peer file transfer technology.  Furthermore, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 94 regarding each of the Defendants and, therefore, denies the same.

95. Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 95 and, therefore, denies the same.

96. Stanley admits that BitTorrent has been named as the particular peer-to-peer protocol at issue in this Amended Complaint.

97. With regards to herself, Stanley denies the allegations contained in Paragraph 97. Furthermore, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 regarding each of the Defendants and, therefore, denies the same.

98. Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 98 and, therefore, denies the same.

99. Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 99 and, therefore, denies the same.

100.       Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 100 and, therefore, denies the same.

101.       Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 101 and, therefore, denies the same.

DEFENDANT STANLEY'S ANSWER TO
FIRST AMENDED COMPLAINT
COPYRIGHT INFRINGEMENT
– NO. 2:13-CV-560-RSL

12

BARBARA STANLEY
9405 BRIDGE ROAD SE
YELM, WA  98597
(360) 458-5766

102.     Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 102 and, therefore, denies the same.

103.     Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 103 and, therefore, denies the same.

104.     Stanley denies the allegations in Paragraph 104.   Furthermore, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 104 regarding some or all of the Defendants' participation, and therefore, denies the same.

105.     Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 105 and, therefore, denies the same.

106.      Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 106 and, therefore, denies the same.

107.     Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 107 and, therefore, denies the same.

108.     Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 108 and, therefore, denies the same.

109.     Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 109 and, therefore, denies the same.

110.     Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 110 and, therefore, denies the same.

111.     Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs 111 and, therefore, denies the same.

112.      Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs 112 and, therefore, denies the same.

DEFENDANT STANLEY'S ANSWER TO
FIRST AMENDED COMPLAINT
COPYRIGHT INFRINGEMENT
– NO. 2:13-CV-560-RSL

13

BARBARA STANLEY
9405 BRIDGE ROAD SE
YELM, WA  98597
(360) 458-5766

113.      Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs 113 and, therefore, denies the same.

114.      Stanley denies distribution of unlawful copy of a motion picture.  Furthermore, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 114 regarding other Defendants and, therefore, denies the same.

115.      Stanley denies, either directly or indirectly, participation in a swarm.  Additionally, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 115 regarding each of the Defendants and, therefore, denies the same.

### Conduct of Defendants

116.      Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 116 regarding each of the Defendants and, therefore, denies the same.

117.      Paragraph 117 states argument and contentions of law and, therefore, requires no answer.  Notwithstanding the foregoing, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 117 and, therefore, denies the same.

118.      Stanley lacks knowledge or information sufficient to form a belief as to the truth of what the Plaintiff observed and, therefore, denies the allegations contained in Paragraph 118.  Furthermore, Stanley lacks knowledge of what each Defendant knew or should have known and, therefore, denies the same.

119.      Stanley denies either directly or indirectly being involved in a swarm and, therefore, denies the allegations contained in Paragraph 119.  Furthermore, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations

DEFENDANT STANLEY'S ANSWER TO
FIRST AMENDED COMPLAINT
COPYRIGHT INFRINGEMENT
– NO. 2:13-CV-560-RSL

14

BARBARA STANLEY
9405 BRIDGE ROAD SE
YELM, WA  98597
(360) 458-5766

contained in Paragraph 119 regarding the numerous Defendants and, therefore, denies the same.

120.     Stanley denies the allegations in Paragraph 120. Furthermore, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 120 regarding each Defendant and, therefore, denies the same.

121.     Stanley denies the allegations in Paragraph 121.  Furthermore, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 121 regarding each Defendant and, therefore, denies the same.

122.     Stanley denies the allegations in Paragraph 122. Furthermore, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 122 regarding other Defendants and, therefore, denies the same.

123.     Stanley denies the allegations in Paragraph 123.  Furthermore, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 123 regarding the many Defendants and, therefore, denies the same.

124.     Stanley denies the allegations in Paragraph 124.  Furthermore, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 124 regarding the many Defendants and, therefore, denies the same.

125.     Stanley denies the allegations in Paragraph 125. Furthermore, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 125 regarding the each Defendant and, therefore, denies the same.

**Exemplar Defendant**

DEFENDANT STANLEY'S ANSWER TO
FIRST AMENDED COMPLAINT
COPYRIGHT INFRINGEMENT
– NO. 2:13-CV-560-RSL

BARBARA STANLEY
9405 BRIDGE ROAD SE
YELM, WA  98597
(360) 458-5766

126.     Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 126 and, therefore, denies the same.

127.     Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 127 and, therefore, denies the same.

128.     Stanley denies the allegations contained in Paragraph 128.  Additionally, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 128 regarding each Defendant and, therefore, denies the same.

## CLAIMS FOR RELIEF AND STATED IN THE ALTERNATIVE

### FIRST CLAIM FOR RELIEF

### COPYRIGHT INFRINGEMENT

129.     Stanley answers as she answered in the incorporated paragraphs.

130.     Stanley denies the allegations contained in Paragraph 130.  Additionally, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 130 regarding each Defendant and, therefore, denies the same.

131.     Stanley denies the allegations contained in Paragraph 131.  Additionally, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 131 regarding each Defendant and, therefore, denies the same.

132.     Stanley denies the allegations contained in Paragraph 132.  Additionally, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 132 regarding each Defendant and, therefore, denies the same.

DEFENDANT STANLEY'S ANSWER TO
FIRST AMENDED COMPLAINT
COPYRIGHT INFRINGEMENT
– NO. 2:13-CV-560-RSL

16

BARBARA STANLEY
9405 BRIDGE ROAD SE
YELM, WA  98597
(360) 458-5766

133.     Stanley denies the allegations contained in Paragraph 133.  Additionally, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 133 regarding each Defendant and, therefore, denies the same.

134.     Stanley denies the allegations contained in Paragraph 134.  Additionally, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 134 regarding each Defendant and, therefore, denies the same.

135.     Stanley denies the allegations contained in Paragraph 135.

136.     Stanley denies the allegations contained in Paragraph 136.  Additionally, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 136 regarding each Defendant and, therefore, denies the same.

137.     Stanley denies the allegations contained in Paragraph 137.  Additionally, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 137 regarding each Defendant and, therefore, denies the same.

## SECOND CLAIM FOR RELIEF

## CONTRIBUTORY INFRINGEMENT

138.     Stanley answers as she answered in the incorporated paragraphs.

139.     Stanley denies the allegations contained in Paragraph 139.  Additionally, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 139 regarding each Defendant and, therefore, denies the same.

DEFENDANT STANLEY'S ANSWER TO
FIRST AMENDED COMPLAINT
COPYRIGHT INFRINGEMENT
– NO. 2:13-CV-560-RSL

17

BARBARA STANLEY
9405 BRIDGE ROAD SE
YELM, WA  98597
(360) 458-5766

140.    Stanley denies the allegations contained in Paragraph 140.  Additionally, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 140 regarding each Defendant and, therefore, denies the same.

141.    Stanley denies the allegations contained in Paragraph 141.  Additionally, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 141 regarding each Defendant and, therefore, denies the same.

142.    Stanley denies the allegations contained in Paragraph 142.  Additionally, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 142 regarding each Defendant and, therefore, denies the same.

143.    Stanley denies the allegations contained in Paragraph 143.

144.    Stanley denies the allegations contained in Paragraph 144.  Additionally, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 144 regarding each Defendant and, therefore, denies the same.

145.    Stanley denies the allegations contained in Paragraph 145.  Additionally, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 145 regarding each Defendant and, therefore, denies the same.

## THIRD CLAIM FOR RELIEF

### Alternative Statement Pursuant to FRCP 8(d)(2)

### Indirect Infringement of Copyright

146.    Stanley answers as she answered in the incorporated paragraphs.

DEFENDANT STANLEY'S ANSWER TO
FIRST AMENDED COMPLAINT
COPYRIGHT INFRINGEMENT
– NO. 2:13-CV-560-RSL

18

BARBARA STANLEY
9405 BRIDGE ROAD SE
YELM, WA  98597
(360) 458-5766

147.    Stanley admits that she obtained internet access through an ISP and denies the remaining allegations in Paragraph 147.  Additionally, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 147 regarding each Defendant and, therefore, denies the same.

148.    Stanley denies the allegations contained in Paragraph 148.  Additionally, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 148 regarding each Defendant and, therefore, denies the same.

149.    Stanley denies the allegations contained in Paragraph 149.  Additionally, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 149 regarding each Defendant and, therefore, denies the same.

150.    Stanley denies the allegations contained in Paragraph 150.  Additionally, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 150 regarding each Defendant and, therefore, denies the same.

151.    Stanley denies the allegations contained in Paragraph 151.  Additionally, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 151 regarding each Defendant and, therefore, denies the same.

152.    Stanley denies the allegations contained in Paragraph 152.  Additionally, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 152 regarding each Defendant and, therefore, denies the same.

153.    Stanley denies the allegations contained in Paragraph 153.

DEFENDANT STANLEY'S ANSWER TO
FIRST AMENDED COMPLAINT
COPYRIGHT INFRINGEMENT
– NO. 2:13-CV-560-RSL

19

BARBARA STANLEY
9405 BRIDGE ROAD SE
YELM, WA  98597
(360) 458-5766

154.     Stanley denies the allegations contained in Paragraph 154.  Additionally, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 154 regarding each Defendant and, therefore, denies the same.

155.     Stanley denies the allegations contained in Paragraph 155.  Additionally, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 155 regarding each Defendant and, therefore, denies the same.

## DAMAGES

156.     Paragraph 156 states argument and contentions of law and, therefore, requires no answer.  Notwithstanding the foregoing, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 156 and, therefore, denies the same.

### Notice of Further Claims

157.     Paragraph 157 states argument and contentions of law and, therefore, requires no answer.  Notwithstanding the foregoing, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 157 and, therefore, denies the same.

158.     Paragraph 158 states argument and contentions of law and, therefore, requires no answer.  Notwithstanding the foregoing, Stanley lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 158 and, therefore, denies the same.

159.     Paragraph 159 does not state allegations of fact directed towards Stanley and to which Stanley can or should respond.  Stanley lacks knowledge or information sufficient to answer the allegations herein and, therefore, denies the same.

DEFENDANT STANLEY'S ANSWER TO
FIRST AMENDED COMPLAINT
COPYRIGHT INFRINGEMENT
– NO. 2:13-CV-560-RSL

20

BARBARA STANLEY
9405 BRIDGE ROAD SE
YELM, WA  98597
(360) 458-5766

**PRAYER FOR RELIEF**

Stanley denies that Plaintiff is entitled to the relief requested from Stanley in Paragraphs (A) – (C).

**By Way of FURTHER ANSWER and AFFIRMATIVE DEFENSES, Stanley alleges:**

1.      The Amended Complaint, and each and every purported cause of action contained therein, fails to state facts sufficient to constitute a cause of action against Stanley.

2.      Plaintiff is equitably barred from recovery by the doctrine of unclean hands.


DATED this 12th day of November, 2013.


　 s/ Barbara Stanley
BARBARA STANLEY, PRO SE PLAINTIFF
9405 BRIDGE ROAD SE
YELM, WA  98597
(360) 458-5766

DEFENDANT STANLEY'S ANSWER TO
FIRST AMENDED COMPLAINT
COPYRIGHT INFRINGEMENT
– NO. 2:13-CV-560-RSL

21

BARBARA STANLEY
9405 BRIDGE ROAD SE
YELM, WA  98597
(360) 458-5766

1

**DECLARATION OF SERVICE**

2

3

I declare that I sent for service, a copy of this document on all parties or their counsel

of record on the date below as follows:

4

☒US Mail to:

5

Maureen C. VanderMay
The VanderMay Law Firm PC

6

2021 S Jones Blvd
Las Vegas, Nevada 89146

7

(702) 538-9300

8

I declare under penalty of perjury under the laws of the state of Washington that the

9

foregoing is true and correct.

10

DATED this 12th day of November, 2013, at YELM, WA.

11

12

13

s/ Barbara Stanley
BARBARA STANLEY, Pro Se

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT STANLEY'S ANSWER TO
FIRST AMENDED COMPLAINT
COPYRIGHT INFRINGEMENT
– NO. 2:13-CV-560-RSL

22

BARBARA STANLEY
9405 BRIDGE ROAD SE
YELM, WA  98597
(360) 458-5766