UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| THE THOMPSONS FILM, LLC, | Case No.: Case No.: 2:13-CV-560-RSL |
| Plaintiff, | |
| v. | **DECLARATION OF SERVICE** |
| KIMBERLY BANKS, et al., | |
| Defendants. | |

I, Maureen C. VanderMay, hereby declare under penalty of perjury of the laws of the State of Washington, that on this day I caused to be served a true and correct copy of LIMITED NOTICE OF DISMISSAL BY PLAINTIFF in Case No. 2:13-cv-560-RSL to which this declaration is attached, by the method indicated below, and addressed to each of the following:

| | |
|---|---|
| John Doe 98.125.186.193<br>mulder9927@gmail.com | ___ U.S. Mail, Postage Prepaid<br>___ Hand-Delivered<br>___ Fed Ex<br>___ Facsimile Transmission<br>_X_ Electronic Notification |
| Timothy M. Greene<br>tgreen01@hotmail.com | ___ U.S. Mail, Postage Prepaid<br>___ Hand-Delivered<br>___ Fed Ex<br>___ Facsimile Transmission<br>_X_ Electronic Notification |

DECLARATION OF SERVICE
(2:13-CV-560-RSL) − Page 1

| | |
|---|---|
| Benjamin R. Justus<br>brj@lybeckmurphy.com<br>tyw@lybeckmurphy.com<br>csm@lybeckmurphy.com | ___ U.S. Mail, Postage Prepaid<br>___ Hand-Delivered<br>___ Fed Ex<br>___ Facsimile Transmission<br> X  Electronic Notification |
| Gary Kaitz Marshall<br>gmarshall@marshallcomputer.com | ___ U.S. Mail, Postage Prepaid<br>___ Hand-Delivered<br>___ Fed Ex<br>___ Facsimile Transmission<br> X  Electronic Notification |
| Michael P. Matesky, II<br>litigation@mateskylaw.com<br>mike@mateskylaw.com | ___ U.S. Mail, Postage Prepaid<br>___ Hand-Delivered<br>___ Fed Ex<br>___ Facsimile Transmission<br> X  Electronic Notification |
| Barbara Stanley<br>barb_stanley@hotmail.com | ___ U.S. Mail, Postage Prepaid<br>___ Hand-Delivered<br>___ Fed Ex<br>___ Facsimile Transmission<br> X  Electronic Notification |
| Kyle Baxter<br>6933 RiverDale Drive SE<br>Olympia, WA 98501 | X  U.S. Mail, Postage Prepaid<br>___ Hand-Delivered<br>___ Fed Ex<br>___ Facsimile Transmission<br>___ Electronic Notification |
| Tracy Clack<br>21304 40th Avenue E<br>Spanaway, WA 98387 | X  U.S. Mail, Postage Prepaid<br>___ Hand-Delivered<br>___ Fed Ex<br>___ Facsimile Transmission<br>___ Electronic Notification |
| Crystal Ewing<br>1518 SE 139th Ct.<br>Vancouver, WA 98683 | X  U.S. Mail, Postage Prepaid<br>___ Hand-Delivered<br>___ Fed Ex<br>___ Facsimile Transmission<br>___ Electronic Notification |
| Eldra Hardenbrook<br>2326 Woburn Street<br>Bellingham, WA 98229 | X  U.S. Mail, Postage Prepaid<br>___ Hand-Delivered<br>___ Fed Ex<br>___ Facsimile Transmission<br>___ Electronic Notification |

DECLARATION OF SERVICE
(2:13-CV-560-RSL) – Page 2

| | |
|---|---|
| Monika Mitchell<br>24204 SE 263rd Place<br>Maple Valley, WA 98038 | _X_ U.S. Mail, Postage Prepaid<br>___ Hand-Delivered<br>___ Fed Ex<br>___ Facsimile Transmission<br>___ Electronic Notification |
| Leroy Sunde<br>3335 S Graham Street<br>Seattle, WA 98118 | _X_ U.S. Mail, Postage Prepaid<br>___ Hand-Delivered<br>___ Fed Ex<br>___ Facsimile Transmission<br>___ Electronic Notification |

DATED the 6th day of January, 2014, in Salem Oregon.

By: s/ Maureen C. VanderMay
Maureen C. VanderMay, WSBA No. 16742

DECLARATION OF SERVICE
(2:13-CV-560-RSL) – Page 3