1
2
3
4
5
6                                                           The Honorable Robert S. Lasnik
7
8
9                           UNITED STATES DISTRICT COURT
10                          WESTERN DISTRICT OF WASHINGTON
11                                    AT SEATTLE

| | | |
|---|---|---|
| THE THOMPSONS FILM, LLC, | ) | Case No.: 2:13-CV-560-RSL |
| Plaintiff, | ) | |
| v. | ) | STIPULATED CONSENT JUDGMENT |
| KIMBERLY BANKS, | ) | |
| Defendant. | ) | |

17    As attested to by the signatures below, this matter comes before the Court on the parties'

18 joint stipulation. On March 28, 2013, Plaintiff, The Thompsons Film, LLC ("The Thompsons")

19 filed this action against various Doe Defendants in the United States District Court for the

20 Western District of Washington, Case No.: 2:13- CV-00560-RSL, for Copyright Infringement,

21 17 U.S.C. §§ 101, et seq. (Dkt. # 1), resulting from the illegal copying and distribution of

22 Plaintiff's motion picture entitled The Thompsons, registered with the United States Copyright

23 Office, Reg. No. PAu 3-651-594.

24 / / / /

25 / / / /

26
27
28  STIPULATED CONSENT JUDGMENT          The VanderMay Law Firm PC
    (2:13-CV-560-RSL) – Page 1           2021 S Jones Blvd.
                                         Las Vegas, Nevada 89146
                                         (702) 538-9300

Defendant, previously identified as Doe No. 171 in the initial complaint by the Internet Protocol address of 24.20.100.147 on 1/14/2013 at 8:28:55 AM UTC, has been identified in Plaintiff's First Amended Complaint and Second Amended Complaint as Kimberly Banks of Vancouver, Washington.

To fully and finally resolve all claims between the parties and the matters before the Court, The Thompsons Film, LLC and Defendant Kimberly Banks have reached a settlement which requires entry of this Stipulated Consent Judgment to fully effect the terms of the settlement and have asked the Court to accept and enter this Stipulated Consent Judgment and to proceed consistent with the parties' agreement.

WHEREFORE IT IS HEREBY STIPULATED AND ORDERED for all matters relevant to this case between the parties, but without any intent to create a collateral estoppel related to any other potential claim or allegation, as follows:

1. This Court has jurisdiction over the parties and venue is proper.

2. Plaintiff has valid and enforceable rights in the original copyrighted work, The Thompsons, registered with the United States Copyright Office, Reg. No. PAu 3-651-594.

3. Defendant was assigned the Internet Protocol address 24.20.100.147 on 1/14/2013 at 8:28:55 AM UTC and, as such, is a proper named defendant in this action.

4. Defendant does not dispute the accuracy of the factual allegations in Plaintiff's Second Amended Complaint that give rise to Plaintiff's claim for contributory copyright infringement.

5. Defendant Kimberly Banks has contributorily infringed Plaintiff's rights by permitting, facilitating and materially contributing to the infringement of Plaintiff's exclusive rights under The Copyright Act by others as alleged in the second amended complaint, thereby causing Plaintiff economic harm.

////

////

STIPULATED CONSENT JUDGMENT
(2:13-CV-560-RSL) – Page 2

The VanderMay Law Firm PC
2021 S Jones Blvd.
Las Vegas, Nevada 89146
(702) 538-9300

6. Defendant Kimberly Banks is PERMANENTLY ENJOINED from directly or contributorily infringing Plaintiff's rights in Plaintiff's motion picture, including without limitation by using the Internet to reproduce or copy Plaintiff's motion picture, to distribute Plaintiff's motion picture, or to make Plaintiff's motion picture available for distribution to the public, except pursuant to lawful written license or with the express authority of Plaintiff.

7. To the extent that any such material exists, Defendant is directed to destroy all unauthorized copies of Plaintiff's motion picture in her possession or subject to her control.

8. Each party shall bear its own costs and attorneys' fees incurred in connection with this action.

DATED April 7, 2014.

| Presented by: | Presented by: |
|---|---|
| The VanderMay Law Firm PC | Matesky Law PLLC |
| s/ Maureen C. VanderMay<br>Maureen C. VanderMay, WSBA No. 16742<br>email: elfmanwa@vandermaylawfirm.com<br>The VanderMay Law Firm PC<br>2021 S. Jones Blvd.<br>Las Vegas, Nevada 89146<br>Of Attorneys for Plaintiff | s/ Michael P. Matesky, II<br>Michael P. Matesky, II, WSBA No. 39586<br>email: mike@mateskylaw.com;<br>        litigation@mateskylaw.com<br>Matesky Law PLLC<br>1001 4th Ave., Suite 3200<br>Seattle, WA 98154<br>Of Attorneys for Defendant Kimberly Banks |

IT IS SO ORDERED

Dated this 9th day of April, 2014.

*MWS Lasnik* (signature)

Robert S. Lasnik
United States District Judge

STIPULATED CONSENT JUDGMENT
(2:13-CV-560-RSL) – Page 3

The VanderMay Law Firm PC
2021 S Jones Blvd.
Las Vegas, Nevada 89146
(702) 538-9300